**SHA-1 Hash:** 121AC0B46088E7C235A23D4379BE65A1840E9B77    **Title:** X-Art Siterip #1
**Rights Owner:** Malibu Media

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
| 1 | 207.119.140.205 | 4/17/2012 3:39 | Rocky Ford | CO | CenturyTel Internet Holdings | BitTorrent |
| 2 | 207.119.143.219 | 4/30/2012 1:42 | La Junta | CO | CenturyTel Internet Holdings | BitTorrent |
| 3 | 107.2.174.193 | 5/4/2012 21:16 | Parker | CO | Comcast Cable | BitTorrent |
| 4 | 107.2.185.91 | 3/27/2012 3:17 | Denver | CO | Comcast Cable | BitTorrent |
| 5 | 174.51.20.125 | 5/7/2012 4:40 | Aurora | CO | Comcast Cable | BitTorrent |
| 6 | 174.51.67.46 | 5/8/2012 6:52 | Denver | CO | Comcast Cable | BitTorrent |
| 7 | 24.8.17.239 | 3/28/2012 6:13 | Littleton | CO | Comcast Cable | BitTorrent |
| 8 | 24.8.202.187 | 4/12/2012 14:53 | Littleton | CO | Comcast Cable | BitTorrent |
| 9 | 24.8.231.106 | 5/5/2012 16:06 | Denver | CO | Comcast Cable | BitTorrent |
| 10 | 24.9.133.85 | 3/20/2012 2:47 | Aspen | CO | Comcast Cable | BitTorrent |
| 11 | 50.134.136.133 | 4/18/2012 17:53 | Boulder | CO | Comcast Cable | BitTorrent |
| 12 | 67.161.142.15 | 4/23/2012 17:25 | Littleton | CO | Comcast Cable | BitTorrent |
| 13 | 67.161.204.16 | 4/5/2012 2:27 | Boulder | CO | Comcast Cable | BitTorrent |
| 14 | 67.165.226.205 | 4/25/2012 8:57 | Aurora | CO | Comcast Cable | BitTorrent |
| 15 | 67.166.61.228 | 5/8/2012 1:58 | Vail | CO | Comcast Cable | BitTorrent |
| 16 | 67.172.139.178 | 5/7/2012 7:12 | Fort Collins | CO | Comcast Cable | BitTorrent |
| 17 | 67.176.60.243 | 5/1/2012 16:06 | Boulder | CO | Comcast Cable | BitTorrent |
| 18 | 67.176.66.90 | 4/15/2012 2:12 | Parker | CO | Comcast Cable | BitTorrent |
| 19 | 71.196.182.78 | 4/24/2012 7:17 | Steamboat Springs | CO | Comcast Cable | BitTorrent |
| 20 | 71.196.238.188 | 5/4/2012 0:46 | Fort Collins | CO | Comcast Cable | BitTorrent |
| 21 | 71.229.171.61 | 4/9/2012 4:20 | Denver | CO | Comcast Cable | BitTorrent |

EXHIBIT A

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
| 22 | 71.237.29.247 | 4/26/2012 23:47 | Denver | CO | Comcast Cable | BitTorrent |
| 23 | 75.71.115.161 | 5/9/2012 6:55 | Greeley | CO | Comcast Cable | BitTorrent |
| 24 | 76.120.98.123 | 4/5/2012 13:40 | Broomfield | CO | Comcast Cable | BitTorrent |
| 25 | 76.25.212.34 | 5/6/2012 4:48 | Aurora | CO | Comcast Cable | BitTorrent |
| 26 | 65.101.235.118 | 4/8/2012 14:47 | Denver | CO | Qwest Communications | BitTorrent |
| 27 | 65.128.7.80 | 4/3/2012 13:18 | Denver | CO | Qwest Communications | BitTorrent |
| 28 | 70.59.17.212 | 4/26/2012 1:56 | Denver | CO | Qwest Communications | BitTorrent |
| 29 | 71.208.170.139 | 4/18/2012 16:49 | Denver | CO | Qwest Communications | BitTorrent |
| 30 | 71.211.149.81 | 5/2/2012 17:04 | Denver | CO | Qwest Communications | BitTorrent |
| 31 | 71.211.34.151 | 5/2/2012 1:09 | Pueblo | CO | Qwest Communications | BitTorrent |
| 32 | 71.218.0.185 | 4/9/2012 21:57 | Arvada | CO | Qwest Communications | BitTorrent |
| 33 | 75.166.194.123 | 4/25/2012 2:57 | Littleton | CO | Qwest Communications | BitTorrent |

EXHIBIT A

CO47