# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

**Civil Action No. 1:12-cv-01394**

MALIBU MEDIA, LLC,

  Plaintiff,
v.

JOHN DOES 1-13,

  Defendants.
              /

**Civil Action No. 1:12-cv-01395**

MALIBU MEDIA, LLC,

  Plaintiff,
v.

JOHN DOES 1-5,

  Defendants.
              /

**Civil Action No. 1:12-cv-01404**

MALIBU MEDIA, LLC,

  Plaintiff,
v.

JOHN DOES 1-5,

  Defendants.
              /

**Civil Action No. 1:12-cv-01405**

MALIBU MEDIA, LLC,

  Plaintiff,
v.

JOHN DOES 1-5,

    Defendants.
_____/

**Civil Action No. 1:12-cv-01406**

MALIBU MEDIA, LLC,

    Plaintiff,
v.

JOHN DOES 1-14,

    Defendants.
_____/

**Civil Action No. 1:12-cv-01407**

MALIBU MEDIA, LLC,

    Plaintiff,
v.

JOHN DOES 1-54,

    Defendants.
_____/

**Civil Action No. 1:12-cv-01408**

MALIBU MEDIA, LLC,

    Plaintiff,
v.

JOHN DOES 1-15,

    Defendants.
_____/

**Civil Action No. 1:12-cv-01409**

MALIBU MEDIA, LLC,

      Plaintiff,
v.

JOHN DOES 1-10,

      Defendants.
_____/

**Civil Action No. 1:12-cv-01410**

MALIBU MEDIA, LLC,

      Plaintiff,
v.

JOHN DOES 1-12,

      Defendants.
_____/

**Civil Action No. 1:12-cv-01411**

MALIBU MEDIA, LLC,

      Plaintiff,
v.

JOHN DOES 1-10,

      Defendants.
_____/

**Civil Action No. 1:12-cv-01412**

MALIBU MEDIA, LLC,

      Plaintiff,
v.

JOHN DOES 1-10,

      Defendants.
_____/

## NOTICE OF RELATED CASES

PLAINTIFF GIVES NOTICE the above captioned matters are BitTorrent copyright infringement cases related to the cases listed below, which were filed by undersigned and are currently pending before Magistrate Judge Michael E. Hegarty. Per Judge Hegarty's request, the cases above should be assigned to him.

1. Malibu Media, LLC v. John Does 1-29, Case No. 1:12-cv-00397-WJM-MEH;
2. Malibu Media, LLC v. John Does 1-16, Case No. 1:12-cv-00399-DME-MEH;
3. Malibu Media, LLC v. John Does 1-30, Case No. 1:12-cv-00402-WYD-MEH;
4. Patrick Collins, Inc. v. John Does 1-11, Case No. 1:12-cv-00404-PAB-MEH;
5. Malibu Media, LLC v. John Does 1-10, Case No. 1:12-cv-00405-MSK-MEH;
6. Malibu Media, LLC v. John Does 1-27, Case No. 1:12-cv-00406-REB-MEH;
7. Malibu Media, LLC v. John Does 1-18, Case No. 1:12-cv-00407-CMA-MEH;
8. Malibu Media, LLC v. John Does 1-15, Case No. 1:12-cv-00408-PAB-MEH;
9. Malibu Media, LLC v. John Does 1-27, Case No. 1:12-cv-00409-REB-MEH;
10. Malibu Media, LLC v. John Does 1-28, Case No. 1:12-cv-00834-DME-MEH;
11. Malibu Media, LLC v. John Does 1-21; Case No. 1:12-cv-00835-REB-MEH;
12. Malibu Media, LLC v. John Does 1-23; Case No. 1:12-cv-00836-MSK-MEH;
13. Malibu Media, LLC v. John Does 1-10; Case No. 1:12-cv-00837-PAB-MEH;
14. Malibu Media, LLC v. John Does 1-17; Case No. 1:12-cv-00839-PAB-MEH;
15. Malibu Media, LLC v. John Does 1-16; Case No. 1:12-cv-00840-PAB-MEH;
16. Malibu Media, LLC v. John Does 1-11; Case No. 1:12-cv-00843-MSK-MEH;
17. Malibu Media, LLC v. John Does 1-6; Case No. 1:12-cv-00845-MSK-MEH;
18. Malibu Media, LLC v. John Does 1-9; Case No. 1:12-cv-00846-WYD-MEH;

19. Patrick Collins, Inc. v. John Does 1-12; Case No. 1:12-cv-00848-REB-MEH;

20. Patrick Collins, Inc. v. John Does 1-6; Case No. 1:12-cv-00849-PAB-MEH;

21. Malibu Media, LLC v. John Doe; Case No. 1:12-cv-00885-WYD-MEH;

22. Malibu Media, LLC v. Fantalis et al; Case No. 1:12-cv-00886-MSK-MEH;

23. Patrick Collins, Inc., et al., v. Boussetta, et al.; Case No. 1:12-cv-00887-REB-MEH

24. Raw Films, Ltd. v. John Does 1-9; Case No. 1:12-cv-00908-MSK-MEH;

25. Raw Films, Ltd. v. John Does 1-9; Case No. 1:12-cv-00909-REB-MEH;

26. Raw Films, Ltd. v. John Does 1-7; Case No. 1:12-cv-00910-PAB-MEH;

Respectfully submitted,

By: /s/*Jason Kotzker*
Jason Kotzker
jason@klgip.com
KOTZKER LAW GROUP
9609 S. University Blvd. #634132
Highlands Ranch, CO 80163
Phone: 303-875-5386
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 31, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *Jason Kotzker*