IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12–cv–01394-WYD-MEH

MALIBU MEDIA, LLC.

    Plaintiff,

v.

Does 1-33,

    Defendants.

**ORDER**

Upon consideration of Defendant John Doe #15, ("Defendant") identified at internet protocol address 67.166.61.228 on May 08, 2012 at 1:58 UTC and his pending Motion to Quash the Subpoena, and any opposition thereto, it is hereby ORDERED THAT: Plaintiff's June 06, 2012 subpoena issued to Comcast seeking information related to Defendant Doe #15 is hereby QUASHED.

DATED: ____ day of _____, 201__

    By: _____
           District Court Magistrate Judge