IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01394-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOES 1-33,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 16, 2012.**

    Defendant Doe 23's Motion for Leave to Proceed Anonymously [filed August 15, 2012; docket #26] is **granted** as follows. Defendant may proceed anonymously in this matter as "Doe 23" for the purpose of adjudicating Defendant's pending motion to quash. Upon resolution of the motion to quash, should the Defendant perceive a need to continue proceeding anonymously in this case, the Defendant must then seek permission from the Court to continue proceeding anonymously.