IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01394-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOES 1-33,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 20, 2012.**

    Defendant Doe #9's Motion to Proceed Anonymously [filed August 16, 2012; docket #29] is **stricken** for failure to comply with this Court's July 25, 2012 order [docket #22]. If Defendant Doe #9 wishes to re-file his original motion to dismiss, quash and for protective order, in accordance with this order and all applicable local and federal court rules, he may do so **on or before September 4, 2012** and must first (or contemporaneously) file a motion to proceed anonymously in accordance with Rule 11(a).[1]

    *With such filing, Defendant must provide to the Court his name, address, telephone number and email address in the form of a <u>separate</u> written "supplement" to the motion. If Defendant wishes to keep this supplement (containing his identifying information) confidential, he may file a motion to file the supplement under restriction pursuant to the procedure set forth in D.C. Colo. LCivR 7.2.*

    Again, the Court may strike any motion or other filing that deviates from the requirements of this order or from those set forth in the applicable local or federal rules.

---

[1] In addition to compliance with Rule 11, the Court also notes the necessity of having such information for the proper and efficient management of its docket.