# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-01394-WYD-MEH

MALIBU MEDIA, LLC

    Plaintiff,

v.

JOHN DOES 1-33,

    Defendants.
_____/

## PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL WITH PREJUDICE OF JOHN DOE 3 ONLY

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe 3 ("Defendant"). Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action with prejudice. John Doe 3 was assigned the IP Address 107.2.174.193. For the avoidance of doubt, Plaintiff is not voluntarily dismissing any other Defendant.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe 3 has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Dated: August 21, 2012

    Respectfully submitted,

    By: /s/ *Jason A. Kotzker*
    Jason A. Kotzker
    Jason@klgip.com
    KOTZKER LAW GROUP
    9609 S. University Blvd. #632134
    Highlands Ranch, CO 80163
    Phone: 303-875-5386
    *Attorney for Plaintiff*

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 21, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                            By:   /s/ Jason A. Kotzker