IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01394-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOES 1-2, 4-33,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 30, 2012.**

    Before the Court is Defendant John Doe 23's Motion to Dismiss/Sever, and for a Protective Order and/or to Quash Subpoena [filed August 15, 2012; docket #27].

    Due to its varied requests for relief, adjudication of the single motion will likely require several different standards of review and legal analyses of both dispositive and non-dispositive issues. In the interests of judicial efficiency and the proper management of its docket, the Court **denies** the motion **without prejudice** and instructs the Defendant to file his requests for relief each in separate motions, as applicable. *See* D.C. Colo. LCivR 7.1C ("A motion shall be made in a separate paper.")

    Further, the Court notes that Defendant failed to file with his motion to quash a copy of the challenged subpoena. Therefore, if Defendant chooses to re-file his motion, he is instructed to file a copy of the challenged subpoena with the motion.