IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01394-WYD-MEH

MALIBU MEDIA, LLC,

     Plaintiff,

v.

JOHN DOES 1-2, 4-33,

     Defendants.

---

**MINUTE ORDER**

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 6, 2012.**

Defendant Doe 9's Motion for Leave to Proceed Anonymously [filed September 4, 2012; docket #38] is **granted** as follows. Defendant may proceed anonymously in this matter as "Doe 9" for the purpose of adjudicating any pending motion to quash and/or motion to dismiss/sever. Upon resolution of these motion(s), should the Defendant perceive a need to continue proceeding anonymously in this case, the Defendant must then seek permission from the Court to continue proceeding anonymously.

The Clerk of the Court is directed to send a copy of this order to the address listed in restricted document #39.