IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.    12-cv-01394-WYD-MEH

MALIBU MEDIA, LLC,

   Plaintiff,

v.

JOHN DOES 1-33,

   Defendants.

## ORDER OF DISMISSAL OF PARTIES WITH PREJUDICE

THIS MATTER comes before the Court on the Plaintiff's Notice of Settlement and Voluntary Dismissal with Prejudice of John Doe 5 and John Doe 8, [ECF No. 51], filed September 27, 2012.   After a careful review of the file, the Court has concluded that pursuant to Fed. R. Civ. P. 41(a), Defendants John Doe 5 and John Doe 8 should be **DISMISSED WITH PREJUDICE** from this action.   Accordingly, it is

ORDERED that Defendants John Doe 5 and John Doe 8 should be **DISMISSED WITH PREJUDICE** from this action, each party to bear its own attorney fees and costs. It is

FURTHER ORDERED that the clerk of the court shall amend the case caption to reflect the dismissal of Defendants John Doe 5 and John Doe 8 from this matter.

Dated: September 27, 2012

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              Chief United States District Judge