IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   12-cv-01394-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOES 1, 4, 6, 7, 9-33,

    Defendants.

---

### ORDER OF DISMISSAL OF PARTIES WITH PREJUDICE

THIS MATTER comes before the Court on the Plaintiff's Notice of Settlement and Voluntary Dismissal with Prejudice of John Doe 15 [ECF No. 56], filed October 4, 2012. After a careful review of the file, the Court concludes that pursuant to Rule 41(a) of the FEDERAL RULES of CIVIL PROCEDURE, Defendant, John Doe 15, should be **DISMISSED WITH PREJUDICE** from this action.  Accordingly, it is

ORDERED that Defendant, John Doe 15, is **DISMISSED WITH PREJUDICE** from this action.  It is

FURTHER ORDERED that the clerk of the court shall amend the case caption to reflect the dismissal of John Doe 15 from this matter.

Dated: October 4, 2012

                                        BY THE COURT:

                                        s/ Wiley Y. Daniel
                                        Wiley Y. Daniel
                                        Chief United States District Judge