IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   12-cv-01394-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOES 1, 4, 6, 7, 9-14, 16-33,

    Defendants.

---

## ORDER DISMISSING PARTY WITH PREJUDICE

THIS MATTER comes before the Court on Plaintiff's Notice Of Settlement And Voluntary Dismissal With Prejudice Of John Doe 6 Only [ECF No. 61], filed on October 12, 2012.  After a careful review of the file, the Court concludes that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Defendant, John Doe 6, should be **DISMISSED WITH PREJUDICE** from this action.  Accordingly, it is

ORDERED that Defendant, John Doe 6, is **DISMISSED WITH PREJUDICE** from this action.  It is

FURTHER ORDERED that the clerk of the court shall amend the case caption to reflect the dismissal of John Doe 6 from this matter.

Dated: October 12, 2012

                BY THE COURT:

                s/ Wiley Y. Daniel
                Wiley Y. Daniel
                Chief United States District Judge