IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   12-cv-01394-WYD-MEH

MALIBU MEDIA, LLC,

     Plaintiff,

v.

JOHN DOES 1, 4, 7, 9-14, 16-33,

     Defendants.

---

### ORDER DISMISSING PARTIES WITHOUT PREJUDICE

---

THIS MATTER comes before the Court on plaintiff's Notice Of Voluntary

Dismissal Without Prejudice of John Does 4, 6, 7, 10, 11, 13, 14, 15, 16, 18, 19, 20, 21,

22, 24, 26, 27, 28, 29, 30, 31, 32, & 33 [ECF No. 64], filed on October 15, 2012.  After a

careful review of the file, the Court concludes that pursuant to Rule 41(a)(1)(A)(i) of the

FEDERAL RULES of CIVIL PROCEDURE, defendants, John Does 4, 7, 10, 11, 13, 14, 15, 16,

18, 19, 20, 21, 22, 24, 26, 27, 28, 29, 30, 31, 32, and 33 should be **DISMISSED**

**WITHOUT PREJUDICE** from this action.  Accordingly, it is

ORDERED that Defendants, John Does 4, 7, 10, 11, 13, 14, 15, 16, 18, 19, 20,

21, 22, 24, 26, 27, 28, 29, 30, 31, 32, and 33 are **DISMISSED WITHOUT PREJUDICE**

from this action.[1]  It is

FURTHER ORDERED that the clerk of the court shall amend the case caption to

---

[1] Though plaintiff includes John Doe 6 in its notice of voluntary dismissal [ECF No. 64], the current Order does not reference said defendant because pursuant to Plaintiff's Notice of Settlement And Voluntary Dismissal With Prejudice Of John Doe 6 Only [ECF No. 61], this Court dismissed John Doe 6 with prejudice in its October 12, 2012, Order [ECF No. 62].

reflect the dismissal of the above listed John Does from this matter.


Dated: October 15, 2012

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge