IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01394-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

LAURA LINN,
ANDREW SCHINSKY,
MARK CRONSHAW,
CHRISTOPHER O'SHELL,
WEI GOODRICH, and
JOHN DOE 1,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 25, 2012.**

    In light of the Affidavit of Service [docket #72] indicating that Defendant Schinsky was personally served on October 16, 2012, Plaintiff's Third Motion for Extension of Time Within Which it has to Effectuate Service on Defendant [filed October 19, 2012; docket #69] is **denied as moot**. Plaintiff's Motion to Vacate Hearing on Plaintiff's Third Motion for Extension of Time to Within Which it has to Effectuate Service on Defendant [filed October 25, 2012; docket #73] is **granted**, and the hearing scheduled in this case for October 26, 2012, is hereby **vacated**.