# AFFIDAVIT OF SERVICE

State of Colorado          County of          Us District Court

Case Number: 1:12-CV-01394-WYD-MEH

Plaintiff:
**MALIBU MEDIA, LLC**

vs.

Defendant:
**LAURA LINN**

For:
Kotzker Law Group
KOTZKER LAW GROUP
9609 S University Blvd #632134
Highlands Ranch, CO  80163

Received by Accurate Legal Support Services, LLC on the 16th day of October, 2012 at 9:00 am to be served on **LAURA LINN, 1569 S Brentwood St, Lakewood, CO 80232**.

I, ROBERT STEWART JR, being duly sworn, depose and say that on the **18th day of October, 2012** at **8:52 pm, I:**

**INDIVIDUAL/PERSONAL:** served by delivering a true copy of the **DISTRICT COURT CIVIL (CV) CASE COVER SHEET FOR INITIAL PLEADING OF COMPLAINT, COUNTERCLAIM, CROSS-CLAIM OR THIRD PARTY COMPLAINT; SUMMONS, COMPLAINT, ANSWER FORM AND ATTACHMENTS** to: LAURA LINN at the persons place of **Abode**, at the address of: **1569 S Brentwood St, Lakewood, CO 80232** with the date and hour of service endorsed thereon by me, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served:  Age: 46,  Sex: F,  Race/Skin Color: WHITE,  Height: 5'4,  Weight: 130,  Hair: BROWN,  Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Private Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 19th day of October, 2012 by the affiant who is personally known to me.

NOTARY PUBLIC

My Commission Expires:

My Commission Expires 06/09/2015

ROBERT STEWART JR
Process Server

Accurate Legal Support Services, LLC
2329 W Main St
Suite 203
Littleton, CO 80120
(303) 933-8772
Our Job Serial Number: GRI-2012029165

Service Fee: $75.00

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5h