IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01394-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

LAURA LINN,
ANDREW SCHINSKY,
MARK CRONSHAW,
CHRISTOPHER O'SHELL,
WEI GOODRICH, and
JOHN DOE 1,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 30, 2012.**

    Before the Court is John Doe #23's Motion to Sever with Legal Authority and For Such Other Relief [as] the Court Deems Just and Proper [filed September 19, 2012; docket #48]. Doe #23 filed his motion in response to the original Complaint, which was filed in this case on May 30, 2012 and named thirty-three (33) John Doe defendants. The present motion is based primarily on joinder of the 33 Doe defendants in this lawsuit. However, Plaintiff filed an Amended Complaint on October 12, 2012, which identifies by name five of the original defendants and supercedes the original Complaint. *See Franklin v. Kansas Dep't of Corr.*, 160 F. App'x 730, 734 (10th Cir. 2005) ("An amended complaint supersedes the original complaint and renders the original complaint of no legal effect.") (citing *Miller v. Glanz*, 948 F. 2d 1562, 1565 (10th Cir. 1991)). Accordingly, Doe #23's motion is **denied without prejudice** as moot.