IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF COLORADO

Civil Action No. 1:12-cv-01394-WYD-MEH

MALIBU MEDIA, LLC

    Plaintiff,

v.

LAURA LINN, ANDREW SCHINSKY, MARK CRONSHAW, CHRISTOPHER O'SHELL, WEI GOODRICH AND JOHN DOE 1

    Defendants.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 8 2012

JEFFREY P. COLWELL
CLERK

## DEFENDANT LAURA LINN'S ANSWER TO AMENDED COMPLAINT

Defendant Laura Linn, Hereby submits her answer to Plaintiffs' amended complaint. Defendant Laura Linn states, alleges and avers as follows:

### FIRST DEFENSE TO ALL CLAIMS

1. Defendant Laura Linn admits the allegations set forth in paragraphs 1, 4, 8, 15, 17, 18, 25, 26, 28, 35, 52, 56.

2. Defendant Laura Linn is without sufficient information and knowledge to admit or deny the truth or falsity of the allegations set forth in Plaintiffs' paragraphs 7, 9, 10, 11, 12, 13, 19, 22, 23, 27, 29, 45, 54, 61.

3. Defendant Laura Linn denies the allegations in paragraphs 2, 3, 5, 6, 16, 20, 21, 24, 30, 31, 32, 33, 34, 36, 37, 38, 39, 40, 41, 42, 43, 44, 46, 47, 48, 49, 50, 51, 53, 55, 57, 58, 59, 60, 62, 63, 64, 65, 66, 67, 68, 69.

4. Regarding paragraph 14, Defendant Laura Linn admits that a IP address is assigned to a device, however denies it was assigned to her computer.

5. If the amended complaint sets forth any allegations or assertions of fact to which this defendant has not heretofore answered, this Defendant hereby expressly denies such allegations or assertions of fact.

## SECOND DEFENSE TO ALL CLAIMS

6. Plaintiffs' claims, as to this Defendant, fail to state a claim upon which relief can be granted.

## THIRD DEFENSE TO ALL CLAIMS

7. Plaintiffs' damages, if any, barred and/or limited by Plaintiffs' failure to mitigate their damages.

## AFFIRMATIVE DEFENSES TO ALL CLAIMS

8. Upon information and belief, Defendant Laura Linn asserts that if the Plaintiffs have been damaged, it is due to the negligence of the Plaintiffs and/or copyright infringement of unknown third parties or the contributory negligence of the same.

9. Plaintiffs' claims and each one of them are barred by the equitable doctrine of unclean hands.

WHEREFORE, Defendant Laura Linn having fully answered Plaintiffs' amended complaint and all claims and purported claims for relief inserted therein, hereby requests that judgment enter in her favor and against the plaintiffs upon each of the alleged claims as well as upon the complaint itself and that this Court dismiss the amended complaint and all of the claims therein with prejudice.

Dated: November 8, 2012

Respectfully submitted,

Laura Linn

U.S. Court of Appeals for the First Circuit (Rev 10/03)
## CERTIFICATE OF SERVICE

I, __Laura Linn__, hereby certify that on __11/6/12__, I
    [name]                                     [date]

served copies of __Answer to Amended complaint__
                       [name of document]

on the following parties by way of: __FedEx__
                                   [U.S. mail, UPS, overnight mail, email, fax, courier, etc.]

[List name and address of each attorney\party served]

Kotzker Law group
9609 S University Blvd. #632134
Highlands Ranch, Co 80163

__11/8/12__                                             [signature]
Date                                                 Signature

# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO
## FACSIMILE COVER SHEET

Pursuant to D.C.COLO.LCivR 5.1, this cover sheet must be submitted with any facsimile filing. A pleading or paper not requiring a filing fee and **no longer than ten pages**, including all attachments, may be filed with the clerk by means of facsimile during a business day. Facsimiles received by the clerk after 5:00 p.m. (Mountain Time) will be considered filed as of the next business day.
Clerk's Office facsimile telephone number: 303-335-2714

1. Date of transmission: 11/8/12
2. Name of attorney or *pro se* party making the transmission: Laura Ling
Facsimile number: N/A          Telephone number: 720-624-9440
3. Case number, caption, and title of pleading or paper: 1:12-cv-01394-WYD-MEH
Answer to Amended complaint

4. Number of pages being transmitted, including the facsimile cover sheet: 5
Instructions, if any: _____
(Rev. (12/08))