# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| MALIBU MEDIA, LLC, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 1:12-cv-01394-WYD-MEH |
| LAURA LINN, ANDREW SCHINSKY, MARK CRONSHAW, CHRISTOPHER O'SHELL, WEI GOODRICH and JOHN DOE 1, | : |
| Defendants. | : |

## PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL WITH PREJUDICE OF MARK CRONSHAW ONLY

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses Mark Cronshaw ("Defendant"), from this action with prejudice. Mark Cronshaw was assigned the IP Address 67.176.60.243. For the avoidance of doubt, Plaintiff is not voluntarily dismissing any other Defendant.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant Mark Cronshaw has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Dated: December 12, 2012

Respectfully submitted,

By:   /s/ *Jason A. Kotzker*
Jason A. Kotzker
Jason@klgip.com
KOTZKER LAW GROUP
9609 S. University Blvd. #632134
Highlands Ranch, CO  80163
Phone:  303-875-5386
*Attorney for Plaintiff*

1

2

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record through this system. In addition, a hard copy of the foregoing was served via U.S. Mail to:

Laura Linn
1569 S. Brentwood St.
Lakewood, CO 80232

Wei Goodrich
2575 S. Syracuse Way #F301
Denver, CO 80231

By:  /s/ *Jason A. Kotzker*
Jason A. Kotzker