IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   12-cv-01394-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

LAURA LINN;
ANDREW SCHINSKY;
MARK CRONSHAW;
CHRISTOPHER O'SHELL;
WEI GOODRICH; and,
JOHN DOE 1,

    Defendants.

## ORDER DISMISSING PARTY WITH PREJUDICE

THIS MATTER is before the Court on Plaintiff's Notice Of Settlement And Voluntary Dismissal With Prejudice Of Mark Cronshaw Only [ECF No. 96], filed on December 12, 2012.  After careful review of the file, the Court concludes that pursuant to Rule 41(a)(1)(A)(i) of the FEDERAL RULES of CIVIL PROCEDURE, defendant, Mark Cronshaw, should be **DISMISSED WITH PREJUDICE** from this action.  Accordingly, it is

ORDERED that defendant, Mark Cronshaw, is **DISMISSED WITH PREJUDICE** from this action.  It is

FURTHER ORDERED that the Clerk of the Court shall amend the case caption to reflect the dismissal of Mark Cronshaw.

Dated: December 16, 2012.

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge