IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   12-cv-01394-WYD-MEH

MALIBU MEDIA, LLC,

     Plaintiff,

v.

LAURA LINN;
ANDREW SCHINSKY;
CHRISTOPHER O'SHELL;
WEI GOODRICH; and,
JOHN DOE 1,

     Defendants.

---

## ORDER DISMISSING PARTY WITHOUT PREJUDICE

---

THIS MATTER is before the Court on plaintiff's Notice Of Voluntary Dismissal Without Prejudice Of John Doe 1 Only [ECF No. 99], filed on December 17, 2012.  After careful review of the file, the Court concludes that pursuant to Rule 41(a)(1)(A)(i) of the FEDERAL RULES of CIVIL PROCEDURE, defendant, John Doe 1, should be **DISMISSED WITHOUT PREJUDICE** from this action.  Accordingly, it is

ORDERED that defendant, John Doe 1, is **DISMISSED WITHOUT PREJUDICE** from this action.  It is

FURTHER ORDERED that the Clerk of the Court shall amend the case caption to reflect the dismissal of John Doe 1.

Dated: December 20, 2012.

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge