IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 12-cv-01394-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

LAURA LINN;
ANDREW SCHINSKY;
CHRISTOPHER O'SHELL; and,
WEI GOODRICH,

    Defendants.

---

## ORDER DISMISSING PARTY WITHOUT PREJUDICE

THIS MATTER comes before the Court on Plaintiff's Notice of Voluntary Dismissal Without Prejudice Of Andrew Schinsky Only [ECF No. 101], filed on December 27, 2012. After careful review of the file, the Court concludes that pursuant to Rule 41(a)(1)(A)(i) of the FEDERAL RULES of CIVIL PROCEDURE, defendant, Andrew Schinsky, should be **DISMISSED WITHOUT PREJUDICE** from this action. Accordingly, it is

ORDERED that Andrew Schinsky is **DISMISSED WITHOUT PREJUDICE** from this action. It is

FURTHER ORDERED that the Clerk of Court shall amend the case caption to reflect the dismissal of Andrew Schinsky.

Dated: December 31, 2012

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge