# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-01394-WYD-MEH

| | |
|---|---|
| MALIBU MEDIA, LLC, | : |
| | : |
| Plaintiff, | : |
| v. | : |
| | : |
| LAURA LINN, CHRISTOPHER | : |
| O'SHELL and WEI GOODRICH | : |
| | : |
| Defendants. | : |

## STIPULATED DISMISSAL WITH PREJUDICE OF CHRISTOPHER O'SHELL ONLY

Plaintiff Malibu Media, LLC, by its undersigned counsel, and Defendant Christopher O'Shell, by his undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate that all claims asserted against each other in this matter are hereby dismissed with prejudice.

WHEREFORE, Plaintiff and Defendant Christopher O'Shell respectfully request that this Court enter an order dismissing with prejudice all Plaintiff's and Defendant Christopher O'Shell's claims against each other, with each party to bear its own attorneys' fees and costs.

Dated:  April 26, 2013

                                                        Respectfully submitted,


By:  /s/ *Jason A. Kotzker*            By: */s/ Lenny Austin Best*_____
Jason A. Kotzker                                  Lenny Austin Best

Jason@klgip.com  
KOTZKER LAW GROUP  
9609 S. University Blvd. #632134  
Highlands Ranch, CO  80163  
Phone:  303-875-5386  
*Attorney for Plaintiff*

lbest@tnslaw.com  
THOMAS N. SCHEFFEL & ASSOCIATES  
3801 East Florida Avenue, Suite 600  
Denver, CO 80210  
Phone:   303-759-9726  
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

      I hereby certify that on April ____, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

      By:  /s/ *Jason A. Kotzker*_____
      Jason A. Kotker

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-01394-WYD-MEH

MALIBU MEDIA, LLC,          :
:
         Plaintiff,          :
   v.          :
:
LAURA LINN, CHRISTOPHER          :
O'SHELL and WEI GOODRICH          :
:
         Defendants.          :

## ORDER ON STIPULATION FOR DISMISSAL

THIS CAUSE came before the Court upon the Parties' Stipulation to Dismiss all Plaintiff's and Defendant Christopher O'Shell's claims against each other with prejudice, and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: All Plaintiff's and Defendant Christopher O'Shell's claims against each other are hereby dismissed with prejudice.

SO ORDERED this ___ day of _____, 2013.


By: _____
**UNITED STATES MAGISTRATE JUDGE**