IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   12-cv-01394-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

LAURA LINN;
CHRISTOPHER O'SHELL; and,
WEI GOODRICH,

    Defendants.

---

### ORDER DISMISSING PARTY WITH PREJUDICE

---

THIS MATTER is before the Court on the parties' Stipulated Dismissal With Prejudice Of Christopher O'Shell Only [ECF No. 108], filed on April 26, 2013.  After a careful review of the file, I find that the parties' stipulation should be approved and defendant, Christopher O'Shell, should be dismissed with prejudice from this action pursuant to Rule 41(a)(1)(A)(ii) of the FEDERAL RULES of CIVIL PROCEDURE.  Accordingly, it is

ORDERED that the parties' stipulation is **APPROVED** and defendant, Christopher O'Shell, is **DISMISSED WITH PREJUDICE** from this action.  Each party bears its own attorney fees and costs.

Dated: May 6, 2013.

BY THE COURT:

/s/ Wiley Y. Daniel
Wiley Y. Daniel

Senior U.S. District Judge