IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   12-cv-01394-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

LAURA LINN, and,
WEI GOODRICH,

    Defendants.

---

### ORDER DISMISSING PARTY WITH PREJUDICE

---

THIS MATTER is before the Court on the parties' Stipulated Dismissal With Prejudice Of Laura Linn Only [ECF No. 112], filed on June 28, 2013.  After carefully reviewing the above-captioned case, I find that the stipulation should be approved and defendant, Laura Linn, should be dismissed from this action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the FEDERAL RULES of CIVIL PROCEDURE.  Accordingly, it is

ORDERED that the parties' Stipulated Dismissal With Prejudice Of Laura Linn Only [ECF No. 112] is **APPROVED**.  In accordance therewith, defendant, Laura Linn, is **DISMISSED WITH PREJUDICE** from this action.  Each party bears its own attorney fees and costs.

DATED:  June 28, 2013.

BY THE COURT:

/s/ Wiley Y. Daniel
Wiley Y. Daniel,
Senior U.S. District Judge