IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

Civil Action No.   12-cv-01394-WYD-MEH             Date:   October 22, 2013
Courtroom Deputy: Cathy Pearson                    **FTR – Courtroom A501**

MAILBU MEDIA, LLC,                                 Jason Kotzker

    Plaintiff,

vs.

WEI GOODRICH,

    Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**MOTION HEARING**

**Court in session:**     2:04 p.m.

Court calls case.   Appearance of counsel.   Defendant is not present.

Discussion held regarding Mr. Kotzker's attempted contacts with Defendant.

Discussion held regarding Plaintiff's Motion for Default Judgment as to Wei Goodrich (Doc. 111, filed 5/8/13).

**ORDERED:**  Plaintiff shall file the information requested by the Court by close of business on **October 23, 2013.**   The Court will issue a separate written order on the motion.

Discussion held regarding status reports ordered by the Court in related cases and consent forms to be filed.

**Court in recess:**     2:26 p.m.   (Hearing concluded)
**Total time in court:**  0:22

To obtain a transcript of this hearing, please contact Avery Woods Reporting at (303)825-6119.